**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-2102**

———

CARLOS ROBERTO MEMBRENO-RIVERA,

                    Petitioner,

          v.

LORETTA E. LYNCH, Attorney General,

                    Respondent.

———

On Petition for Review of an Order of the Board of Immigration
Appeals.

———

Submitted:  April 17, 2015              Decided:  May 28, 2015

———

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Petition denied by unpublished per curiam opinion.

———

Gaddiel K. Baah, LAW OFFICE OF DAVID GOREN, Silver Spring,
Maryland, for Petitioner.  Joyce R. Branda, Acting Assistant
Attorney General, Jennifer Williams, Senior Litigation Counsel,
Yedidya Cohen, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Roberto Membreno-Rivera, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Membreno-Rivera's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Membreno-Rivera (B.I.A. Sept. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2